APR 28 2005

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET NO. 3:04CR272-MU |
| v. | ) | **ORDER** |
| ELIZABETH WHITE, | ) | |
| Defendant. | ) | |

THIS CAUSE coming on to be heard and being heard by the undersigned Chief United States District Judge, Graham C. Mullen, upon a Motion filed by Defendant's attorney, Keith M. Stroud, attached hereto, and it appearing to the Court that the relief requested in said Motion should be granted;

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED, that the Defendant's curfew status be removed.

THIS, the 2nd day of May, 2005.

_____
CARL HORN, III
U.S. Magistrate Judge